**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CR. No. 05-064ML** |
| | ) | |
| | ) | |
| **JOHN DESILVERIA** | ) | |

**ORDER**

This matter came before the Court on the government's Motion to Amend Count I of the information. After due consideration thereon, it is hereby

ORDERED

1. that the government's Motion to Amend is granted; and,

2. that Count I of the information is hereby amended to read as follows:

On or about February 24, 2005, in the District of Rhode Island, the defendant, JOHN DESILVERIA, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a

Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

Per Order:

Deputy Clerk

ENTER:

MARY M. LISI
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

DATE: June 3, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR. No. 05-064ML** |
| | ) | |
| **JOHN DESILVERIA** | ) | |

**MOTION TO AMEND**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby moves pursuant to Rule 7(e) of the Federal Rules of Criminal Procedure to amend Count I of the information from a charge of possession with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), to the lesser included offense of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). The defendant does not object to the proposed amendment.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

Granted.
Mary M. Lisi
USDJ 6/3/05

## Certificate of Service

I hereby certify that on the 2nd day of June, 2005, a copy of the within Government's Motion was faxed to C. Leonard O'Brien, Esquire at 401-751-5096.

[signature]