UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-064ML** **DATE: June 3, 2005**

**TITLE: USA v. John DeSilveria**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COURT**

---

**COUNSEL PRESENT:** Stephen G. Dambruch - Govt
[illegible] O'Brien - for Deft
Kathleen Conlon - U.S. Probation

**PROCEEDINGS:** Change of Plea Hearing

Govt's M/Amend Count I of the Information is granted.

Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Plea Agreement and the Supplemental Plea Agreement. Deft is advised of his rights. Govt summarizes the evidence had the case gone to trial. Deft pleads "guilty" to Counts I, II & III of the Information, as amended. Court accepts the guilty plea.

Sentencing is set for Fri., 9/9/05 @ 9:30 a.m. Deft is remanded.