UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-064ML** **DATE: September 9, 2005**

**TITLE: USA v. John DeSilveria**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephen G. Dambruch - Govt**
**C. Leonard O'Brien, Jr. - for Deft**
**Barry Weiner - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I (as amended) , II & III of the Information: 57 mos' imprisonment (concurrent terms); followed by 3 yrs' supervised release (concurrent terms). Special conditions of s/r: deft to participate in Probation-approved treatment programs for mental health, and for substance abuse (inpatient or outpatient, to include periodic testing of up to 72 drug tests per year). $300 total special assessment; no fine is imposed. Court recommends to the BOP that the deft: 1) be considered for participation in the intensive substance-abuse treatment program; 2) be placed in a facility near RI where his family resides; 3) be given credit for time spent in state custody awaiting trial on this charge. Deft is advised of his right of appeal. Deft is remanded.**