UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
(PROVIDENCE OFFICE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No.: **05CR-00064-01ML** |
| v. | ) | **MOTION FOR TRANSCRIPT** |
| JOHN DESILVERIA, Defendant. | ) | |

NOW COMES John DeSilveria, Defendant, Pro Se, filing this motion for his Sentencing Transcript.

Defendant asserts that this transcript will be necessary to begin the process of filing his 28 U.S.C. §2255 Motion to Vacate, Set Aside or Correct Sentence.

Defendant further asserts that he is unable to prepay the fees for this transcript and is submitting this Motion In Forma Pauperis.

Defendant respectfully requests that this Court grant his Motion for this transcript.

Respectfully submitted this 22nd day of January, 2008.

John DeSilveria / 05606-070
Defendant, Pro Se
FPC / Devens
P.O. Box 879
Ayer, MA 01432