UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff,

v.

JOHN DESILVERIA, Defendant.

Case No.: 05CR-00064-01ML

MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES John DeSilveria, Defendant, Pro Se, in the above captioned case, and hereby request appointment of counsel pursuant to the Criminal Justice Act, Title 18 U.S.C. §3006A, and the Sixth Amendment of the United States Constitution.

I assert, under penalty of perjury, that I am presently incarcerated at FPC Devens, located at P.O. Box 879, Ayer, MA 01432, and I am unable to afford counsel to assist me in this case.

Respectfully submitted this 22 day of January, 2008.

John DeSilveria, Defendant, Pro Se

John DeSilveria / 05606-070
FPC / Devens
P.O. Box 879
Ayer, MA 01432