**UNITED STATES DISTRICT COURT**

**DISTRICT OF** RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No: 05CR-00064-01ML |
| | ) |
| Plaintiff, | ) MOTION FOR APPOINTMENT OF |
| | ) COUNSEL |
| vs. | ) |
| | ) |
| JOHN DESILVERIA, | ) |
| | ) |
| Defendant | ) |
| | ) |

**NOW COMES,** JOHN DESILVERIA, filing Pro Se, seeking from this honorable Court appointment of counsel[1] to assist in defendant's:

1. Title 28 U.S.C. § 2255 Motion ______
2. Title 28 U.S.C. § 2241 Motion ______
3. Direct Appeal ______
4. Evidentiary Hearing ______
5. Other: §3582 Motion for Resentencing based upon change in Crack Cocaine Sentencing Guideline

Defendant hereby submits that he is indigent[2] and that counsel will be necessary in the present action/proceeding to ensure that his constitutional rights are protected in accords to the Sixth Amendment to the United States Constitution.

[1] See Title 18 U.S.C. § 3006A

[2] See Copy of Inmate Account Enclosed

WHEREFORE, for all the above reasons, Defendant hereby request of this Honorable Court the benefit of appointment of counsel and any further relief this Court deem fair and appropriate.

Respectfully submitted this 19th, day of February, 2008.

Name: JOHN DESILVERIA
Number: 05606-070
FMC Devens, Unit I
Post Office Box 879
Ayer, MA 01432