UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 05-64ML |
| | : | |
| JOHN DeSILVERIA | : | |

**MEMORANDUM AND ORDER**

In this matter, John DeSilveria filed a *pro se* Motion for Transcript. (Document No. 25). In connection with that Motion, Defendant stated that he was "unable to prepay the fees for this transcript" and that he was filing his Motion in forma pauperis ("IFP"). The Court directed Defendant to file an Application to Proceed Without Prepayment of Fees and Affidavit. (Document No. 27). On February 26, 2008, Defendant submitted his Application. (Document No. 31). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72.

The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts." DeSilveria's Application contains a statement of "Deposits" into his prison trust account, but the "Deposit" sheet does not list "all receipts, expenditures, and balances during the last six months" and it was not "certified" by any prison officer as required by the Application and by this Court. DeSilveria is

therefore directed to obtain an appropriate certification of his Account History, and submit that documentation on or before March 30, 2008, or risk having his Application denied.

SO ORDERED.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 29, 2008

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk