**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.05-64ML |
| | ) | |
| JOHN DESILVERIA | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 25

Criminal History Category I

57 to 71 months imprisonment

2 to 3 years supervised release

$10,000 to $3,000,000 fine.

3. Defendant was sentenced on September 9, 2005 to 57 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 23

Criminal History Category I

46 to 57 months imprisonment

2 To 3 years supervised release

$10,000 to $3,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant has an incident report on February 21, 2007, for Being Unsanitary or Untidy.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 46 months, which represents the mandatory minimum.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

C. LEONARD O'BRIEN
Counsel for Defendant

Date 5/5/08

LUIS M. MATOS
First Assistant U.S. Attorney

Date 5/2/08